BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VENUS LATRES DAWSON,<br><br>    Defendant and Judgment Debtor,<br><br>THE HERTZ CORPORATION,<br><br>    Garnishee. | Case No.: 2:15-MC-0060-GEB-KJN<br><br>**APPLICATION FOR A FINAL ORDER OF CONTINUING GARNISHMENT (WAGES); AND ORDER THEREON**<br><br>Criminal Case No.: 2:08-CR-00482-LKK<br><br>[No Hearing Requested] |

      Plaintiff United States respectfully moves, pursuant to Section 3205(c)(7) of the Federal Debt Collections Procedure Act, 28 U.S.C. §§ 3001, *et seq.*, (the FDCPA), for a final order of continuing wage garnishment of the defendant Venus Dawson's non-exempt, disposable wages, earnings, and commissions. The United States seeks the order based on the following grounds:

      1.     The Clerk entered judgment against the Defendant in the underlying criminal case on September 2, 2009. The judgment includes an order of restitution in the amount of $52,876.10 and a $100.00 assessment. CR ECF No. 32. The Court did not impose interest on the restitution amount.

      2.     Defendant's restitution order remains unpaid; as of May 21, 2015, Defendant owes her victims $47,294.10. To enforce the order, the United States filed an application for writ of garnishment

on June 1, 2015, against the Defendant's non-exempt wages from her employer, garnishee The Hertz Corporation (Hertz).  Misc. ECF No. 3.  The writ seeks a total of $52,023.51, representing the unpaid restitution ($47,294.10) plus the ten percent (10%) litigation surcharge ($4,729.41) authorized by section 3011(a) of the FDCPA.

3. The Clerk issued the writ of garnishment on June 2, 2015.  Misc. ECF No. 5.  The United States thereafter served Hertz with the writ and its attachments.  Misc. ECF No. 4.

4. On June 8, 2015, the United States served the Defendant with a copy of the writ and its attachments, and notified her of her hearing rights and ability to claim exemptions.  Misc. ECF No. 7.  The United States re-served the Defendant with the writ documents on June 17, 2015 after the Defendant apprised the United States she had a different mailing address from the one the United States originally used.  Misc. ECF No. 9.

5. The Defendant had 20 days from the date she received the writ documents to request a hearing objecting to the garnishment proceeding and to file claims of exemption.  Section 3202(d), FDCPA.  Defendant has not requested a hearing, and the time for doing so has now expired.

6. On June 15, 2015, Hertz filed its Acknowledgment of Service and Answer of Garnishee (the Answer).  The Answer identifies Defendant as a wage earning employee and states it served Defendant with a copy of the Answer on June 10, 2015.  Misc. ECF No. 8.[1]

7. The Defendant had twenty (20) days from the date Hertz served its Answer to request a hearing objecting to the Answer.  Section 3205(c)(5), FDCPA.  Defendant has not objected to the Answer or requested a hearing thereon, and the time for doing so has also lapsed.

8. All conditions to the issuance of a Final Order of Continuing Garnishment against the non-exempt earnings are satisfied, and accordingly, the Court can and should enter an order directing Hertz to pay to the Clerk of the United States District Court:

    A. All non-exempt disposable wages, earnings, bonuses, and commissions presently being withheld pursuant to the pending writ of garnishment; and, thereafter,

    B. Twenty-five percent (25%) of Defendant's monthly non-exempt disposable

---

[1] Hertz mailed its Answer to the Defendant at the address it maintains as Defendant's current mailing address (1372 Sangamore Street).

Application for Garnishment Order; and Order

1 | wages, earnings, bonuses, and commissions until the earlier of the Defendant's full satisfaction of the
2 | $52,023.51 debt, or the termination of the writ as set forth in 28 U.S.C. § 3205(c)(10).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 17, 2015          By:     */s/ Kurt A. Didier*
                                      KURT A. DIDIER
                                      Assistant United States Attorney

**ORDER**

The Court, having reviewed the court files and the United States' Application for Final Order of Continuing Garnishment (Wages) (the Application), and finding good cause therefrom, hereby GRANTS the Application. Accordingly, IT IS ORDERED that:

1. Garnishee, The Hertz Corporation (Hertz), pay at least monthly to the Clerk of the United States District Court, twenty-five percent (25%) of Defendant's non-exempt disposable wages, earnings, commissions, bonuses, and compensation until: the judgment and surcharge amount of $52,023.51 is paid in full; further order of this Court; or Hertz no longer has custody, possession or control of any property belonging to Defendant. Hertz shall also provide the United States with written notice if the amount or form of compensation to Defendant changes while this order is in effect or if Hertz no longer has custody, possession or control of Defendant's property.

2. All amounts previously withheld by Hertz pursuant to the writ of garnishment shall be paid to the Clerk of Court within fifteen (15) days of the date this order is filed. Hertz shall also provide the United States a written accounting, by pay period, of the amounts withheld from Defendant's wages during the period from service of the writ to the date this final order is filed.

3. All payments shall be made payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814. Hertz shall also state the criminal docket case number 2:08-CR-00482-LKK on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

IT IS SO ORDERED.

Dated: July 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE